CITY OF NEW ROCHELLE, Respondent, *v.* THE ÆTNA INDEMNITY COMPANY, Appellant, Impleaded with Another.

*City of New Rochelle* v. *Cortright*, 131 App. Div. 140, affirmed.
(Argued March 23, 1910; decided April 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order

denying a motion for a new trial in an action to recover upon a surety bond.

*Curlisle Norwood* for appellant.

*Michael J. Tierney* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.